LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAVIS WATSON,** | Case No. 2:14-cv-08680-JEM |
| Plaintiff(s) | **NOTICE OF SETTLEMENT** |
| vs. | |
| **BLUESTEM BRANDS, INC.** dba **FINGERHUT,,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming.

Respectfully submitted this 31st day of December, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 31st day of December, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge John E. McDermott
United States District Court
Central District of California

Hunter R Eley
Doll Amir and Eley LLP

Chelsea Lynn Diaz
Doll Amir and Eley LLP

This 31st day of December, 2014.

<u>s/Todd M. Friedman</u>
Todd M. Friedman