Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel:  310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
Bluestem Brands, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAVIS WATSON,** | Case No.  2:14-cv-08680-JEM |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **BLUESTEM BRANDS, INC. dba FINGERHUT,** | |
| Defendant. | |

Stipulation to Dismiss- 1

1 NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 12th day of February, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff
Mavis Watson

**DOLL AMIR & ELEY LLP**

By: /s/ *Chelsea L. Diaz* .
Chelsea L. Diaz
Attorneys for Defendant
BLUESTEM BRANDS, INC.

Filed electronically on this 12th day of February, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge John E. McDermott
United States District Court
Central District of California

Hunter R Eley
Doll Amir and Eley LLP

Chelsea Lynn Diaz
Doll Amir and Eley LLP

This 12th day of February, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN