JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAVIS WATSON,** | Case No. 2:14-cv-08680-JEM |
| Plaintiff, | **ORDER** |
| vs. | |
| **BLUESTEM BRANDS, INC. dba FINGERHUT,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this 13th day of February, 2015.

       */s/ John E. McDermott*
       The Honorable John E. McDermott
       U.S. Magistrate Judge